**Record of Conference and Orders: Vera M. Scanlon, USMJ**     Date: 10/11/2018

Case: Porter et al v. Mooregroup Corporation et al     Status Conference @ 2:15 PM

Civ.: 1:17-cv-07405-KAM-VMS

**ECF Recording in 13A South:**   ☐ Telephone Conference   ☑ In-person Conference

225-256

**Counsel:** *(See separately docket entry or document for specific appearances)*

☐ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

~~☐ Initial Conference~~ ☑ Status Conference ☐ Settlement Conference ☑ Motion Hearing ☑ Discovery Conference ☐
☐ JPTO Conference   ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served
☐ Interrogatories to be served
☐ Amended pleadings, incl. joinder      ☐ To be served   ☐ To be filed
  ☐ Complaint ☐ Answer      ☐ On consent ☐ By motion ☐ By PMC letter
☐ Joint status letter ☐ Stip of dismissal to be filed
☐ Status conference      Date:      Time:
  ☐ In person ☐ Telephone (718) 613-2300   To be organized by:
☐ Specific depositions to be held
☐ Fact discovery closes
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☑ All discovery closes                                  12/31/18
☑ Joint letter confirming discovery is concluded        12/31/18
☐ Summary judgment to be initiated / class  ☐ PMC letter ☐ Briefing   1/31/18
☐ Joint pre-trial order to be filed   ☐ Letter for conference ☐ ~~Proposed~~ JPTO   2/28/18
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ Settlement Conference      Date:      Time:

Page 1 of 2

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Porter v. Mooregroup     Civ. A. 17-7405

Date: ___/___/2018

**Additional Orders:**

By 11/9/18 π counsel to file AMC for amended complaint to add new defendant and supplemental claims.

All papers discovery to be completed by 11/9/18.

Finish all discovery by 12/31/18.

Page 2 of 2