UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
JOSHUA PORTER, SHARKEY SIMMONS, and EMANUEL
COLAJAY RIVERA, Individually and on Behalf of All Others
Similarly Situated,

|  |  |
|---|---|
| Plaintiffs, | Case No. 17-cv-07405 (KAM)(VMS) |

- against –

MOOREGROUP CORPORATION, BALDWIN HARBOR
CONTRACTING INC., JOHN MOORE, GARY MOORE
and MARTIN MOORE, Jointly and Severally,

Defendants
--------------------------------------------------------------------------X

**PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
OPT-IN PLAINTIFF HECTOR MARTINEZ ONLY**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties in the above

captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or

incompetent person for whom a committee has been appointed, in accordance with FED. R. CIV. P.

41(a)(1)(A)(ii), that opt-in plaintiff Hector Martinez's claims be dismissed with prejudice and

without costs or attorneys' fees, to any party as against the other.  This Stipulation may be filed

without further notice with the Clerk of the Court.


PELTON GRAHAM LLC

_____
Brent E. Pelton, Esq.
*Attorneys for Plaintiffs*
111 Broadway, Suite 1503
New York, NY 10006
Tel.: (212) 385-9700
Email: pelton@peltongraham.com

FORCHELLI DEEGAN TERRANA, LLP

_____
Elbert F. Nasis, Esq.
*Attorneys for Defendants MooreGroup
Corp., John Moore, Gary Moore, and
Martin Moore*
333 Earle Ovington Boulevard, Suite 1010
Uniondale, New York 11553
Tel.:   (516) 248-1700
E-Mail: enasis@forchellilaw.com