UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSHUA PORTER, SHARKEY SIMMONS, and EMANUEL
COLAJAY RIVERA, Individually and on Behalf of All Others
Similarly Situated,

                                            Plaintiffs,

Case No.:17-cv-07405

- against -

MOOREGROUP CORPORATION, BALDWIN HARBOR
CONTRACTING INC., JOHN MOORE, GARY MOORE
and MARTIN MOORE, Jointly and Severally,

                                            Defendants.
-------------------------------------------------------------------X

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

      Whereas, on February 5, 2019, Forchelli Deegan Terrana LLP, appeared as counsel for Defendants MooreGroup Corporation, John Moore, Gary Moore, and Martin Moore (collectively, "Defendants") in this litigation (Dkt. 40);

      Whereas, in December 2022, Timothy Kilgannon appeared on behalf of the Defendants and acted as Defendants' lead counsel as of December 2022;

      Whereas, Timothy Kilgannon, now having filed a Notice of Appearance on November 25, 2024, desires to continue representation of the Defendants in this litigation; and

      Whereas, the Defendants desire to continue to be represented in this litigation by Mr. Kilgannon going forward.

      Therefore, subject to this Court's approval, the parties agree as follows:

1. FORCHELLI DEEGAN TERRANA LLP and its attorneys who have appeared in this action are discharged as attorneys for the Defendants.

2. Timothy Kilgannon is substituted in lieu of Forchelli Deegan Terrana LLP as attorney for the Defendants.

I consent to the above substitution:

Date: 11/25/24

_____
John Moore, Defendant

I consent to being substituted in:

Date: 11/25/24

_____
Timothy Kilgannon
Kilgannon Law PC
775 Brooklyn Ave., Suite 117
Baldwin, NY 11510
Telephone: (516) 746-5530
tk@kilgannonlaw.com

I consent to the above substitution:

Date: 11/25/24

_____
Elbert F. Nasis Gregory S. Lisi, Esq.
FORCHELLI DEEGAN TERRANA LLP
333 Earle Ovington Blvd., Suite 1010
Uniondale, New York 11553
(516) 248-1700
enasis@forchellilaw.com

SO ORDERED:

_____
HON. VERA M. SCANLON, U.S.M.J.