**PELTON GRAHAM LLC**
Brent E. Pelton
Taylor B. Graham
Joanne M. Albertsen
111 Broadway, Suite 1503
New York, NY 10006
(212) 385-9700

*Attorneys for Plaintiffs, the*
*FLSA Collective and the Settlement Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSHUA PORTER, SHARKEY SIMMONS, and EMANUEL COLAJAY RIVERA, Individually and on Behalf of All Others Similarly Situated,<br><br>     **Plaintiffs,**<br><br>-against-<br><br>MOOREGROUP CORPORATION, BALDWIN HARBOR CONTRACTING INC., JOHN MOORE, GARY MOORE and MARTIN MOORE, Jointly and Severally,<br><br>     **Defendants.** | 17 Civ. 07405 (KAM)(VMS) |

**NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY**
**APPROVAL OF CLASS SETTLEMENT**

PLEASE TAKE NOTICE that, upon the annexed affidavit of Brent E. Pelton, Esq., sworn to April 29, 2025, the exhibits annexed thereto, the accompanying memorandum of law in support of the Plaintiffs' motion for preliminary approval of the settlement agreement, and all the pleadings and proceedings heretofore had herein, the undersigned moves this Court, before the Hon. Vera M. Scanlon, United States Magistrate Judge, in the United States District Courthouse for the

Eastern District of New York, 225 Cadman Plaza East, 1214 South, Brooklyn, New York 11201 on a return date to be set by the Court, for an Order:

(1) preliminarily approving the settlement reached by the parties in this action as embodied in their classwide Settlement Agreement and Wage and Hour Release (See Exhibit B, annexed to Pelton Declaration);

(2) approving the proposed Notice of Proposed Class and Collective Settlement ("Proposed Notice") proposed Claim Form, and proposed Reminder Letter, attached to the Pelton Declaration as Exhibits C, D and E, respectively;

(3) approving the Preliminary Payment Distribution of Administration Costs incurred as of the date of the Preliminary Approval Order;

(3) instructing the parties to appear before this Court for a Final Approval and Fairness Hearing on a date shortly after March 31, 2026, to be confirmed upon Plaintiffs' notification that the Settlement has been fully funded; and

(4) for such other and further relief as the Court may deem just and proper.

Attached hereto as **Exhibit 1** please find Plaintiffs' [PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE SETTLEMENT.

Dated:  New York, New York
         April 29, 2025

                                      Respectfully submitted,

                                      **PELTON GRAHAM LLC**

                                      By:____/s/ *Brent E. Pelton*_____
                                      Brent E. Pelton
                                      Taylor B. Graham
                                      Joanne M. Albertsen
                                      111 Broadway, Suite 1503

New York, New York 10006
Telephone: (212) 385-9700
Facsimile: (212) 385-0800

*Attorneys for Plaintiffs, the FLSA Collective and the Settlement Class*